IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KHUMBA FILM PTY. LTD., | ) |
| | ) |
| Plaintiff, | ) Case No.: 14-cv-6605 |
| | ) |
| v. | ) |
| | ) Judge Andrea R. Wood |
| SHANNON MOUNT, SANDRA RAW, | ) |
| WILLEM WIESE and TIMOTHY BURNS, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SANDRA RAW

Plaintiff, Khumba Film Pty. Ltd., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against Defendant Sandra Raw, Internet Protocol address 76.16.20.125 (formerly Doe No. 12). Each party shall bear its own attorney's fees and costs. Plaintiff is not dismissing any other Defendants at this time.

The Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: April, 14, 2015               KHUMBA FILM PTY. LTD.

By:   s/Michael A. Hierl
      Michael A. Hierl (Bar No. 3128021)
      Todd S. Parkhurst (Bar No. 2145456)
      Hughes Socol Piers Resnick & Dym, Ltd.
      Three First National Plaza
      70 W. Madison Street, Suite 4000
      Chicago, Illinois 60602
      (312) 580-0100 Telephone
      (312) 580-1994 Facsimile
      mhierl@hsplegal.com

      Attorneys for Plaintiff
      Khumba Film Pty. Ltd.

## **CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Defendant Sandra Raw was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on April 14, 2015.

                                                                       s/Michael A. Hierl